UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civil Action No. 2:11-CV-00045-H

| | |
|---|---|
| JEREMY BOICE,<br>      Plaintiff | : <br> : <br> : |
| vs. | :    **CONSENT JUDGMENT** <br> : |
| COLINGTON VOLUNTEER FIRE<br>DEPARTMENT, INC.,<br>      Defendant | : <br> : <br> : |

This matter came on for hearing before the undersigned United States District Court Judge for the entry of a judgment by consent. It appearing to the Court that the parties have agreed to a settlement of all claims in this action, as reflected in the General Release of All Claims provided by the parties in their Motion and that the parties consent to the entry of this Order as shown by their signatures hereon;

It is therefore ORDERED, ADJUDGED and DECREED that the General Release between the parties, dated April 25, 2012, is hereby approved and ratified.

The parties shall bear their own costs.

Entered this 25th day of MAY, 2012.

_____
UNITED STATES DISTRICT COURT JUDGE

*(consent signatures follow on next page)*

WE CONSENT:

_____
Jeremy Boice, Plaintiff

_____
Dennis C. Rose, Esq.
Rose, Harrison & Gilreath, PC
N.C. State Bar No. 19241
E-Mail: dennis@outerbankslaw.com
P.O. Box 405
Kill Devil Hills, NC 27948
Telephone No. (252) 480-1414
Telefax No. (252) 480-1765
*Attorney for Plaintiff*

_____
John D. Leidy, Esq.
Hornthal, Riley, Ellis & Maland, LLP
N.C. State Bar No. 14218
E-Mail: jleidy@hrem.com
301 East Main Street
Elizabeth City, NC 27909
Telephone No. (252) 335-0871
Telefax No. (252) 335-4223
*Attorney for Defendant*

F:\clients\27035-0.jdl\Consent Judgment.wpd

2